**NEWPORT TRIAL GROUP**
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
David W. Reid, Bar No. 267382
dreid@trialnewport.com
Victoria C. Knowles, Bar No. 277231
vknowles@trialnewport.com
4100 Newport Place, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff
JARROD SECOLA

ROBERT M. DAWSON (BAR NO. 81790)
JOHN C. GRAY (BAR NO. 267686)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
robert.dawson@nortonrosefulbright.com
john.gray@nortonrosefulbright.com

Attorneys for Defendant
MANTRY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD SECOLA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MANTRY, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-02398-JAM-EFB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Filed: November 17, 2015 |

1 | The Court, having considered the Joint Stipulation for Dismissal of Entire Action
2 | With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed
3 | by the Parties herein, finds that this action is dismissed with prejudice.   Each party shall
4 | bear his or its own costs and attorneys' fees.
5 |     IT IS SO ORDERED.

Dated:  1/19/2016

/s/ John A. Mendez
The Honorable John A. Mendez
United States District Court Judge